## URNER et v STATE ex ALCORN

Ohio Appeals, 1st Dist, Hamilton Co

Decided May 6, 1935

For full opinion see 4 OO 529; 51 Oh Ap 97.

## STATE ex BROCKER v RUTTER et

Ohio Appeals, 5th Dist, Fairfield Co

Decided March 30, 1935

Fitzgibbon, Black & Fitzgibbon, Newark, and Roy J. Stone, for appellants.

Esther H. Brocker, Lancaster, and W. H. Deffenbaugh, Lancaster, for appellees.

For full opinion see 4 OO 534; 51 Oh Ap 118.

John D. Ellis, City Solicitor, Cincinnati, and Edward F. Alexander, Cincinnati, for plaintiffs in error.

Wm. Thorndyke, Cincinnati, and Robert S. Alcorn, Cincinnati, for defendant in error.